**Order entered January 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01139-CR

**THOMAS VINCIENT BROWN A/K/A THOMAS VINCENT BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court**
**Rockwall County, Texas**
**Trial Court Cause No. CR09-1565**

## ORDER

The Court **REINSTATES** this appeal.

On October 22, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the trial court's finding that appellant no longer desires to pursue the appeal.

We **ORDER** the appeal submitted without briefs as of the date of this order to a panel consisting of Chief Justice Wright and Justices Myers and Evans.

/s/     DAVID EVANS
JUSTICE